**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**NILFISK-ADVANCE, INC.**                                        **PLAINTIFF**

      **v.**                   Civil No. 05-5179

**KEVIN MITCHELL**                                               **DEFENDANT**

### O R D E R

Now on this 22nd day of May, 2006, comes on for consideration the parties' **Joint Motion To Dismiss With Prejudice** (document #18), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed with prejudice**.

     **IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE